GRAHAM *et al.* v. SELBIE *et al.*

(Opinion filed June 17, 1896.)

Appeal from circuit court, Lawrence county. Hon. A. J. PLOWMAN, Judge.

Action by Charles H. Graham and John Treber against William Selbie, administrator of the estate of James K. P. Miller, deceased, and others. There was judgment for defendants, and plaintiffs appeal. Affirmed.

*Edwin Van Cise*, for appellants.
*Martin & Mason*, for respondents.

FULLER, J. Between this case and that of Charles F. Graham against these defendants, decided at this term (8 S. D. 604, 67 N. W. 831), there is in fact no material distinction. Ruled by the law of that case, which is in all respects applicable and controlling, the judgment of the trial court is affirmed.